**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| TENIYA BOOKER AND JESSICA MEYER,<br><br>Plaintiffs,<br><br>   v.<br><br>TOWNSHOPWEB INC.,<br><br>Defendant. | Case No. 1:25-cv-12837 |

**NOTICE OF MOTION FOR DEFAULT JUDGMENT**

PLEASE TAKE NOTICE that, Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, Plaintiffs Teniya Booker and Jessica Meyer ("Plaintiffs") respectfully move this Court for entry of default judgment against Defendant Townshopweb Inc. Plaintiffs respectfully request the motion be heard at motion hearing set for Thursday, February 26, 2026 at 10:00 a.m. The motion is based on this Notice, the concurrently filed Memorandum of Law, the supporting Attorney Affidavit, and any argument as may be presented at the hearing.

Dated: February 17, 2026                    Respectfully Submitted,

*/s/ Benjamin J. Sweet*
Benjamin J. Sweet
ben@nshmlaw.com
**NYE, STIRLING, HALE, MILLER
& SWEET, LLP**
101 Pennsylvania Boulevard, Suite 2
Pittsburgh, PA 15228
Phone: (412) 857-5350

*Counsel for Plaintiff*

1

**<u>CERTIFICATE OF SERVICE</u>**

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will also be sent to Defendant at the following address:

Townshopweb Inc.
c/o Daniel Koch, Registered Agent
2270 Broadway
New York, New York 10024

Dated February 17, 2026, and executed in Pittsburgh, Pennsylvania.

*/s/ Benjamin J. Sweet*
Benjamin J. Sweet