**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Teniya Booker, et al.

                Plaintiff,

v.                                                          Case No.: 1:25−cv−12837
                                                            Honorable LaShonda A. Hunt

Townshopweb Inc.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 18, 2026:

      MINUTE entry before the Honorable LaShonda A. Hunt: Upon review of Plaintiffs' motion for default judgment [15], the Court notes that, while the certificate of service indicates that paper copies of the motion will be mailed to Defendant's registered agent, Plaintiffs did not file a certificate of service for the 1/20/26 default order [14] as directed. In addition, Plaintiff improperly filed the notice of motion and motion together as a single document and filed a proposed order on the docket instead of submitting it to the Court's proposed order inbox. In light of these issues, the motion [15] is denied without prejudice. Plaintiff must first comply with 1/20/26 default order [14] by sending Defendant a copy and filing proof of service by 2/20/26. Then, Plaintiff may file any renewed motion for default judgment by 2/27/26. Instructions for filing notices of motion and other commonly filed documents are available on the Court's website: https://www.ilnd.uscourts.gov/Pages.aspx?ywOXklOhR DCn9K4GHXXHkJU6PezfZcy9. Counsel is reminded to review and comply with all court rules and procedures. Any further non−compliant filings may be summarily stricken. The motion hearing set for 2/26/26 [15] is stricken. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.